Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

August 26, 2026

***Via ECF***
Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York

**MEMO ENDORSED**

Re: **Cesario v. Grado Labs, Inc.**
Case No. **1:26-cv-03308-SHS**

Dear Judge Stein:

We write to respectfully advise the Court that the parties' mediation has been adjourned to October 20, 2026. In light of that adjournment, the parties respectfully request that the status conference currently scheduled for October 15, 2026 be adjourned to a date after the mediation.

We make this request so the parties may complete mediation before appearing for a status conference and can provide the Court with a more meaningful update regarding the status of the case.

We thank the Court for its consideration.

Sincerely,
/s/ Robert L. Schonfeld
Robert L. Schonfeld, Esq.

**The conference is adjourned to October 29, 2026, at 11:00 a.m.**

**Dated: New York, New York**
**August 26, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.